**Thomas J. Cotton, Esq.**
SCHENCK, PRICE, SMITH & KING, LLP
220 Park Avenue, P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
*Attorneys for Defendant,*
*Pro Custom Solar LLC d/b/a Momentum Solar*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART SMITH and BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:19-cv-20673<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made for a Clerk's Order extending time in which defendant Pro Custom Solar LLC d/b/a Momentum Solar ("Momentum") may answer, move, or otherwise reply to the complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of process was effected on December 10, 2019; and

3. Time to answer, move, or otherwise reply expires after December 31, 2019.

Momentum hereby reserves all rights, defenses, and objections—including those as to personal jurisdiction and venue.

Dated: Florham Park, New Jersey
       December 17, 2019

                                            SCHENCK, PRICE, SMITH & KING, LLP

                                            By:    /s/ Thomas J. Cotton
                                                        Thomas J. Cotton

                                            220 Park Avenue, P.O. Box 991
                                            Florham Park, NJ 07932-0991
                                            Telephone: (973) 539-1000
                                            Fax: (973) 540-7300

                                            tjc@spsk.com

                                            *Attorneys for Defendant,*
                                            *Pro Custom Solar LLC d/b/a Momentum Solar*

ORDER

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

                                              WILLIAM T. WALSH, Clerk

                                              By:_____
                                              Deputy Clerk