UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| STEWART SMITH, et al., Plaintiffs, v. PRO CUSTOM SOLAR LLC, Defendant. | Civil Action No. 19-20673 (KM-ESK) ORDER |
|---|---|

This matter having come before the Court on the application of Ari Marcus of Marcus & Zelman, LLC (hereinafter, "the Movant"), counsel for the plaintiffs, for the *pro hac vice* admission of Steven L. Woodrow, Esq., Patrick H. Peluso, Esq., and Taylor T. Smith, Esq. pursuant to Local Civil Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey (ECF No. 3 through ECF No. 3-6); and the Court having considered the submissions in support of the application, which reflect that Steven L. Woodrow, Esq., Patrick H. Peluso, Esq., and Taylor T. Smith, Esq. satisfy the requirements set forth in Local Civil Rule 101.1(c); and the application being unopposed; and for good cause shown,

**IT IS** on this   11th   day of February, 2020,

**ORDERED** that the application for the *pro hac vice* admission of Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. (**ECF No. 3**),

is granted; and it is further

**ORDERED** that Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from their participation in this matter; and it is further

**ORDERED** that the Movant shall: **(a)** be counsel of record in this case in accordance with Local Civil Rule 101.1(c); **(b)** be served all papers in this action and such service shall be deemed sufficient service upon Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq.; **(c)** sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; **(d)** appear at all proceedings unless expressly excused by the Court; and **(e)** be responsible for the conduct of the case and of Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T.

Smith, Esq. in this matter; and it is further

**ORDERED** that Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. shall **EACH** make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which they continue to represent any party named herein before this Court; and it is further

**ORDERED** that, if not already having done so in connection with this action, Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. shall **EACH** pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Steven L. Woodrow, Esq. **AND** Patrick H. Peluso, Esq. **AND** Taylor T. Smith, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

                */s/ Edward S. Kiel*
                **Edward S. Kiel**
                **United States Magistrate Judge**