**Thomas J. Cotton, Esq.**
SCHENCK, PRICE, SMITH & KING, LLP
220 Park Avenue, P.O. Box 991
Florham Park, New Jersey 07932-0991
(973) 539-1000
*Attorneys for Defendant,*
*Pro Custom Solar LLC d/b/a Momentum Solar*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART SMITH and BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:19-cv-20673<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Oral Argument Requested<br><br>Motion Date: August 17, 2020 |

To:    Ari Marcus, Esq.
       Marcus & Zelman, LLC
       701 Cookman Avenue, Suite 300
       Asbury Park, New Jersey 07712
       Email: ari@marcuszelman.com
       *Attorneys for Plaintiff*

    PLEASE TAKE NOTICE that on August 17, 2020, at 9:00 am or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Pro Custom Solar LLC d/b/a Momentum Solar ("Defendant") will apply to the above-named Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and for such other relief as this Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant will rely upon its brief.  A proposed form of order is submitted herewith for the Court's consideration.

Dated: Florham Park, New Jersey
       July 23, 2020

SCHENCK, PRICE, SMITH & KING, LLP

By:     s/ Thomas J. Cotton
        Thomas J. Cotton

220 Park Avenue, P.O. Box 991
Florham Park, NJ 07932-0991
Telephone: (973) 539-1000
Fax: (973) 540-7300

tjc@spsk.com

*Attorneys for Defendant,*
*Pro Custom Solar LLC d/b/a Momentum Solar*