## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **STEWART SMITH,** *et al.,*<br><br>       **Plaintiffs,**<br><br>  v.<br><br>**PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR, a New Jersey limited liability company,**<br><br>       **Defendant.** | **Case No. 19–cv–20673–KM–ESK**<br><br><br>**PRETRIAL SCHEDULING ORDER** |

       **THIS MATTER** having come before the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the parties having reviewed the Court's Civil Case Management Order and Local Rules, and the parties having filed a joint submission detailing the parties' differing positions on the scheduling of discovery (ECF No. 25); and for good cause shown,

       **IT IS** on this  **5th** day of **August 2020**  **ORDERED** that:

       1.    A telephone status conference is scheduled for **September 15, 2020 at 3:30 p.m.** before Magistrate Judge Edward S. Kiel.  The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

       2.    Defendant shall file a letter application requesting bifurcation of discovery by **August 14, 2020**.  Plaintiffs shall file their opposition to the letter application by **August 21, 2020**.  With the letter application and opposition, the parties shall include their respective proposed discovery schedules.

                                  */s/ Edward S. Kiel*
                                  **EDWARD S. KIEL**
                                  **UNITED STATES MAGISTRATE JUDGE**