# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEWART SMITH,** *et al.,*<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,**<br><br>      **Defendant.** | Case No. 19–cv–20673–KM–ESK<br><br>**ORDER** |

      **THIS MATTER** having come before the Court on defendant's motion to bifurcate discovery (Motion) (ECF No. 30); and plaintiffs having opposed the Motion (ECF No. 31); and for the reasons stated on the record,

      **IT IS** on this   **15th** day of **September 2020**   **ORDERED** that:

      1.    A telephone status conference is scheduled for **December 3, 2020 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

      2.    The Motion (**ECF No. 30**) is **DENIED**.   The parties shall meet and confer and file a proposed discovery schedule by **September 25, 2020**.

                                      */s/ Edward S. Kiel*
                                      **EDWARD S. KIEL**
                                      **UNITED STATES MAGISTRATE JUDGE**