

September 25, 2020

*Via ECF:*

Hon. Edward S. Kiel, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:**   *Smith, et al., v. Pro Custom Solar, LLC* – Case No. 2:19-cv-20673-KM-ESK
            **Plaintiffs' Opposition to Letter-Motion to Bifurcate Discovery**

Dear Judge Kiel:

    Plaintiffs and Defendant have met-and-conferred regarding a proposed discovery

schedule, as Ordered by Your Honor on September 15, 2020 (Dkt. 33). Defendant agrees with

the proposed discovery schedule set forth in Plaintiffs' opposition to Defendant's motion to

bifurcate discovery (Dkt. 31.) That proposed schedule is provided below:

| Deadline | Plaintiffs' Proposal |
|---|---|
| Deadline to Amend Pleadings and/or Add Parties | November 12, 2020 |
| Deadline to File Proposed Stipulated Protective Order | October 2, 2020 |
| Deadline to Complete Fact Discovery | April 16, 2021 |
| Plaintiffs' Expert Disclosures Due | April 23, 2021 |
| Defendants' Expert Disclosures Due | May 7, 2021 |
| Rebuttal Expert Disclosures Due | May 21, 2021 |
| Deadline to Complete Expert Discovery | June 18, 2021 |
| Deadline to Engage in Good Faith Settlement Discussions | June 18, 2021 |

| Deadline for Plaintiffs to File Motion for Class Certification | June 25, 2021 |
|---|---|
| Deadline for Defendants to File Opposition to Class Certification | July 23, 2021 |
| Deadline for Plaintiffs to File Reply ISO Motion for Class Certification | August 6, 2021 |
| Subsequent Case Management Conference | TBD: to be set after a ruling on class certification |

Respectfully submitted,

Dated: September 25, 2020

By: */s/ Patrick H. Peluso*
One of Plaintiffs' Attorneys

Ari Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: 732-695-3282
Fax: 732-298-6256
ari@marcuszelman.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Admitted Pro Hac Vice*

**The Joint Discovery Plan provided by the parties is adopted by the Court and SO ORDERED.**

_____
Edward S. Kiel, USMJ
 Date: September 28, 2020