

**THOMAS J. COTTON**
*Admitted in NJ & NY*

Direct Line: 973-540-7333
Email: tjc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

November 30, 2020

**Via ECF**
Hon. Edward S. Kiel, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>   Re:   **Smith v. Pro Custom Solar LLC**
>         **Case No. 2:19-cv-20673-KM-ESK**
>         **Our File No. 28369-52**
>         *Litigation Status Report*

Dear Judge Kiel:

This firm represents Pro Custom Solar LLC d/b/a Momentum Solar ("Defendant") in the above-referenced matter. Defendant, along with plaintiffs Stewart Smith and Brennan Landy (collectively, "Plaintiffs"), respectfully submit this joint status report in advance of the December 3, 2020 case-management conference.

On September 28, 2020, Your Honor entered a case-management order that included a comprehensive discovery schedule. The next milestone on that schedule is the April 16, 2021 deadline for completion of fact discovery. The parties are, at present, progressing through fact discovery and expect to continue doing so.

>   Respectfully submitted,
>
>   SCHENCK PRICE SMITH & KING, LLP
>
>   s/ Thomas J. Cotton, Esq.
>   Thomas J. Cotton, Esq.
>
>   WOODROW & PELUSO, LLC
>
>   s/ Patrick H. Peluso, Esq.
>   Patrick H. Peluso, Esq.

TJC/s
cc (via ECF):
All counsel of record