Ari Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: 732-695-3282
Fax: 732-298-6256
ari@marcuszelman.com
[Additional counsel appearing on signature page]

*Counsel for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART SMITH and BRENNAN LANDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR, a New Jersey limited liability company,<br><br>*Defendant.* | CIVIL ACTION<br><br>Case No. 2:19-cv-20673<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF LANDY** |

PLEASE TAKE NOTICE that Plaintiff Brennan Landy dismisses his claims against Defendant with prejudice. The claims of Plaintiff Stewart Smith and the alleged Class are not dismissed and remain live.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**
(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

> (ii) a stipulation of dismissal signed by all parties who have appeared.

> (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Accordingly, Landy hereby dismisses his claims against Defendant with prejudice. Plaintiff Smith's claims (both individual and class) are not affected by this notice and remain active.

Respectfully submitted,

Dated: December 3, 2020     By: /s/ *Ari Marcus*
                                 One of Plaintiffs' Attorneys

1

Ari Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: 732-695-3282
Fax: 732-298-6256
ari@marcuszelman.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above papers were filed through the Court's ECF system on December 3, 2020, which will serve the papers electronically to all counsel of record.

                                                /s/ Ari Marcus