Ari Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: 732-695-3282
Fax: 732-298-6256
ari@marcuszelman.com
[Additional counsel appearing on signature page]

*Counsel for Plaintiffs and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEWART SMITH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR, a New Jersey limited liability company,<br><br>    *Defendant.* | CIVIL ACTION<br><br>Case No. 2:19-cv-20673<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be

1

dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within sixty (60) days.

                                                          Respectfully submitted,

Dated: April 15, 2021         By:  /s/ *Ari Marcus*
                                            One of Plaintiffs' Attorneys

                                              Ari Marcus, Esq.
                                              Marcus & Zelman, LLC
                                              701 Cookman Avenue, Suite 300
                                              Asbury Park, New Jersey 07712
                                              Tel: 732-695-3282
                                              Fax: 732-298-6256
                                              ari@marcuszelman.com

                                              Steven L. Woodrow*
                                              swoodrow@woodrowpeluso.com
                                              Patrick H. Peluso*
                                              ppeluso@woodrowpeluso.com
                                              Taylor T. Smith*
                                              tsmith@woodrowpeluso.com
                                              Woodrow & Peluso, LLC
                                              3900 E. Mexico Avenue, Suite 300
                                              Denver, Colorado 80210
                                              Telephone: (720) 213-0676
                                              Facsimile: (303) 927-0809

                                              *Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2021, I caused the foregoing to be sent to all attorneys of record by filing such papers with the Court using the Court's electronic filing system.

Dated: April 15, 2021                          By: /s/ Ari Marcus